# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**TINA BACA,**

        **Plaintiff**

**v.**                                          **No. 13-cv-01065-LAM**

**CAROLYN W. COLVIN, Acting**
**Commissioner of the Social Security Administration,**

        **Defendant.**

## ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**THIS MATTER** is before the Court on Plaintiff's ***Motion for Attorney Fees Under the Equal Access to Justice Act*** *(Doc. 24)* and memorandum in support [*Doc. 26*].  In the memorandum in support of the motion, Plaintiffs' counsel asks for an award of $8,253.20 in attorney fees and $350.00 in costs.  [*Doc. 26* at 1].  No response to the motion has been filed and the time for doing so has passed.  In a stipulated order submitted to the Court, Plaintiff states that the parties have agreed to a revised amount of $7,150.00 in attorney fees and $350.00 in costs, for a total amount of $7,500.00.  Having considered the motion and memorandum in support, the record in this case, and the relevant law, the Court **FINDS** that Plaintiff's motion shall be **GRANTED in part**.

    **IT IS THEREFORE ORDERED** that Plaintiff's ***Motion for Attorney Fees Under the Equal Access to Justice Act*** *(Doc. 24)* is **GRANTED in part**, and Plaintiff is authorized to receive the parties' agreed-upon amount of **$7,500.00** for payment to Plaintiff's attorney for services before this Court, as permitted by the Equal Access to Justice Act, 28 U.S.C. § 2412, and in accordance with *Manning v. Astrue*, 510 F.3d 1246, 1255 (10th Cir. 2007).

**IT IS FURTHER ORDERED** that, if Plaintiff's counsel is ultimately granted attorney fees pursuant to 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's attorney shall refund the smaller award to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 596 n.4 (2010) (explaining that, if a claimant's counsel is ultimately granted attorney fees under § 406(b) out of the claimant's benefit award, the claimant's attorney must refund to the claimant the amount of the smaller fee).

**IT IS SO ORDERED**.

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**

SUBMITTED BY: *(Prior to modification by the Court)*

 Filed Electronically
Michael F. Hacker. Esq.

Approved as to form:

 By E-Mail  2/11/15
Manny Lucero, Esq.

 By E-Mail  2/10/15
Stuart Lipke, Esq.